# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSICA VISCONTI, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-01706-LDG-PAL |
| vs. | ) | **ORDER** |
| SPRINT TELEPHONY PCS LP, | ) | (Mot Reopen Discovery - Dkt. #17) |
| Defendant. | ) | |

The court conducted a hearing on Defendant's Motion to Reopen Discovery for Certain Limited Purposes (Dkt. #17) on November 27, 2012. Ross Moynihan appeared on behalf of the Plaintiff, and Tamara Peterson and Sean Lyttle appeared on behalf of the Defendants. The court has considered the Motion, Plaintiff's Opposition (Dkt. #18), Defendant's Reply (Dkt. #20), and the arguments of counsel at the hearing.

During oral argument counsel for Defendant indicated that Defendant was limiting its request to reopen discovery for a single purpose–to supplement the report of its expert, Mr. Sanders. Defendant served its expert witness report on the June 11, 2012, deadline for disclosing experts. However, on June 28, 2012, counsel for Plaintiff Medina serve a fourth supplement to his initial disclosures revealing he had received an additional $16,000.00 in medical treatments on November 30, 2011. This fourth supplement was served twenty-six days before the discovery cutoff, and six months after the treatments were received.

Having reviewed and considered the moving and responsive papers and the arguments of counsel,

**IT IS ORDERED** that:

1. Defendant's Motion to Reopen Discovery for Certain Limited Purposes (Dkt. #17) is

**GRANTED** to the extent that Defendant shall have thirty days in which to supplement Mr. Sanders' expert report to address the information provided in Plaintiff Medina's fourth supplemental disclosure served June 28, 2012.

2. The motion is **DENIED** in all other respects.
3. Counsel shall have until January 28, 2013 to file a joint pretrial order.

Dated this 28th day of November, 2012.

_____
Peggy A. Leen
United States Magistrate Judge