UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ISIDRO MEDINA, | 2:11-cv-01706-LDG-PAL |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SPRINT TELEPHONEY PCS, LP., | |
| Defendant. | |

Defendant Central Telephone Company, incorrectly identified as Sprint Telephoney PCS, has filed an unopposed motion in limine to exclude evidence of alleged damages to personal property (#39). Pursuant to LR 7-2 (d) (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion), and based on the merit of the arguments presented by defendant,

THE COURT HEREBY ORDERS that defendant's motion in limine to exclude evidence of alleged damages to personal property (#39) is GRANTED.

DATED this 30 day of September, 2013.

_____
Lloyd D. George
United States District Judge