ERIC R. BURRIS, ESQ., Pro Hac Vice
eburris@bhfs.com
JEFFREY S. RUGG, ESQ., Nevada Bar No. 10978
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant Central Telephone Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA VISCONTI; ISIDRO MEDINA, <br><br>Plaintiffs, <br><br>v. <br><br>SPRINT TELEPHONY PCS, LP; DOES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br>Defendants. | CASE NO.: 2:11-cv-01706 <br><br>**STIPULATION TO DISMISS AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Central Telephone Company, incorrectly identified as Sprint Telephony PCS, LP, by and through its counsel the law firm of Brownstein Hyatt Farber Schreck, and Plaintiff Isidro Medina, by and

//

//

//

//

//

//

//

//

005408\0391\10657893.2                              1

through his counsel Stovall & Associates, hereby stipulate and agree to dismiss with prejudice the claims of Plaintiff Isidro Medina, with each party to bear its own fees and costs incurred herein.

DATED this 7th day of October, 2013.

DATED this 7th day of October, 2013.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

STOVALL & ASSOCIATES

 /s/Jeffrey S. Rugg
ERIC R. BURRIS, ESQ.,
Pro Hac Vice
JEFFREY S. RUGG, ESQ.,
Bar No. 10978
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
*Attorneys for Defendants*

  /s/ Jared B. Anderson
JARED B. ANDERSON, ESQ.,
Bar No. 9747
3216 W. Charleston Blvd., Suite B
Las Vegas, NV 89102
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED this ___7___ day of ___October___, 2013.

_____
UNITED STATES MAGISTRATE/DISTRICT JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/Jeffrey S. Rugg
Eric R. Burris, Esq., Pro Hac Vice
Jeffrey S. Rugg, Esq. Nevada Bar No. 10978
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:   702.382.8135
*Attorneys for Defendants*

005408\0391\10657893.2

2